[Civil No. 732.]

LEWIS WOLFLEY, Petitioner, v. NATHAN O. MURPHY
et al., Defendants.

ORIGINAL APPLICATION for Writ of *Mandamus.*
J. H. Kibbey, and J. B. Woodward, for Petitioner.
C. F. Ainsworth, for Defendants.
January 15, 1903. Petition for writ denied.

[Civil No. 818.]

THE TURQUOISE COPPER MINING AND SMELTING
COMPANY, a Corporation, Appellant, v. THE COPPER
BELLE MINING COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise. George R. Davis,
Judge.
English & Bowman, for Appellant.
James Reilly, for Appellee.
January 16, 1903. Affirmed on short transcript under para-
graph 1583 of the Revised Statutes of Arizona, 1901.

[Civil No. 820.]

THE NATIONAL BANK OF ARIZONA, a Corporation,
Appellant, v. M. W. KALES, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. Edward Kent,
Judge.
Thomas Armstrong, Jr., for Appellant.
Baker & Bennett, for Appellee.
January 20, 1903. Affirmed on short transcript under para-
graph 1583 of the Revised Statutes of Arizona, 1901.